PROB 12C
(6/16)

Report Date: February 22, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Morgan Douglas Jones | Case Number: 0980 2:08CR06044-EFS-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2009

Original Offense:        Travel for the Purpose of Engaging in Illicit Sexual Conduct, 18 U.S.C. § 2423(b)

| | | |
|---|---|---|
| Original Sentence: | Prison - 108 months<br>TSR - 600 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: April 4, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 3, 2066 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Morgan Jones violated the conditions of his supervised release on February 15, 2017, by being untruthful to the undersigned officer. Mr. Jones was directly asked if he had a secondary cell phone and  Mr. Jones replied that the only cell phone he owned was the one the undersigned officer had observed in the past. Upon further questioning, Mr. Jones self-disclosed he had a secondary smart phone that he had failed to report to the undersigned officer. |
| 2 | **Special Condition # 16**: Defendant shall not utilize any electronic communication device except as explicitly allowed by the supervising probation officer.<br><br>**Supporting Evidence**: Morgan Jones violated the conditions of his supervised release on February 15, 2017, by self-disclosing he had possessed a smart phone since the fall of 2016 that the undersigned officer had been unaware of. |
| 3 | **Special Condition # 18**: Defendant shall not possess or use any computer with access to any Internet/on-line computer service without the advance approval of the supervising probation officer.  This includes any Internet service provider, bulletin board system, or any other public or private computer network. |

Prob12C
**Re: Jones, Morgan Douglas**
**February 22, 2017**
**Page 2**

        **Supporting Evidence**: Morgan Jones violated the conditions of his supervised release on February 15, 2017, by informing the undersigned officer he had been using the Internet on his smart phone to access Facebook. He self-disclosed his alias user name that he had been using to login to Facebook.

4     **Special Condition # 24**: Defendant shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.

        **Supporting Evidence**: Morgan Jones violated the conditions of his supervised release on February 15, 2017, by self-disclosing he has viewed pornography and has adult pornographic pictures on his smart phone.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/22/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer
February 28, 2017

Date