PROB 12C
(6/16)

Case 2:08-cr-06044-EFS   Document 188   Filed 03/30/17

Date: March 29, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2017

SEAN F. McAVOY, CLERK

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Morgan Douglas Jones | Case Number: 0980 2:08CR06044-EFS-1 |
| Address of Offender: ▓▓▓▓▓▓▓, Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: July 14, 2009 | |
| Original Offense: Travel for the Purpose of Engaging in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: Prison - 108 months  TSR - 600 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: April 4, 2016 |
| Defense Attorney: Daniel Rubin | Date Supervision Expires: April 3, 2066 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/22/2017, and 03/14/2017.**

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #9:** The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence:** On April 4, 2016, Mr. Jones was read aloud his conditions of supervised release, including the standard condition listed above. At that time, Mr. Jones confirmed that he understood and would follow all of his conditions.

On March 9, 2017, Mr. Jones reported to the U.S. Probation Office and self-disclosed that he had continuous contact with a felon. It should be noted that on October 31, 2016, Mr. Jones was directed by this officer to not have any contact with a prisoner who is detained in the Washington Corrections Center for Women. Mr. Jones reported that he was in a relationship with this individual and had aspirations to continue their relationship once she was released. Mr. Jones was informed that contact with this individual needed to cease immediately, to which he reluctantly agreed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/29/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

March 29, 2017

Date