PROB 12C
(6/16)

Report Date: March 14 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Morgan Douglas Jones | Case Number: 0980 2:08CR06044-EFS-1 |
| Address of Offender: ▮▮▮▮▮ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2009

| | | |
|---|---|---|
| Original Offense: | Travel for the Purpose of Engaging in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 108 months<br>TSR - 600 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: April 4, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 3, 2066 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/22/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 28**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer.  You shall immediately report any unauthorized contact with minor-aged children to the supervising probation officer. |
| | **Supporting Evidence**: Mr. Jones violated the terms of his supervised release by taking pictures with 6 and 9-year-old females. Mr. Jones reported this contact during his scheduled polygraph test, which was submitted on March 1, 2017. Mr. Jones failed to report this contact to the undersigned officer. |

I declare under penalty of perjury that the foregoing is true and correct.

|   |   |
|---|---|
| Executed on: | 03/14/2017 |
| | s/Joshua D. Schull |
| | Joshua D. Schull<br>U.S. Probation Officer |

Prob12C
Re: Jones, Morgan Douglas
March 14, 2017
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

March 15, 2017
Date