PROB 12A
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Morgan Douglas Jones | Case Number: 0980 2:08CR06044-EFS-1 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: July 14, 2009 | Type of Supervision: Supervised Release |
| Original Offense: Travel for the Purpose of Engaging in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | Date Supervision Commenced: October 12, 2017 |
| Original Sentence: Prison - 108 months; TSR - 600 months | Date Supervision Expires: October 11, 2066 |
| Revocation Sentence: Prison - 6 months; (April 10, 2017)   TSR - 588 months | |

## NONCOMPLIANCE SUMMARY

On October 12, 2017, the conditions of supervision were reviewed with Mr. Jones. He signed his judgment acknowledging an understanding of his conditions of supervised release.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #13**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places. |
| | **Supporting Evidence**: Mr. Jones is alleged to have violated the conditions of his supervised release, specifically special condition number 13, by having unapproved contact with a minor on or about April 5, 2023. |
| | On or about April 5, 2023, Mr. Jones had virtual communication with his fiance's son through video messaging. This officer became aware of the contact through his computer monitoring. When confronted, Mr. Jones did not deny the contact and advised the contact was not intentional, claiming his fiancee had accidentally turned the camera toward her son and when that occurred he ended the call immediately. Mr. Jones was admonished for failing to report the minor contact. He and his fiancee were also warned about further consequences of her facilitating minor contact without this officer's approval. |

Prob12A
**Re: Jones, Morgan Douglas**
**June 1, 2023**
**Page 2**

**U.S. Probation Officer Action**:

In addition to his judgment prohibiting Mr. Jones from having any unapproved contact with minors, he is also prohibited from having contact with his fiance's minors through the Department of Child, Youth and Family Services, unless prior approval is obtained. For the alleged contact, neither agency had approved the contact. Mr. Jones was admonished and warned of the consequences of any future contact. Mr. Jones was further admonished for failing to report the contact within 24 hours. He was reminded of his conditions of supervision. Based on this officer's admonishment, this officer feels Mr. Jones has been thoroughly warned and understands future contact will require Court intervention. Thus, this officer is respectfully requesting no action be taken at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June 1, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

June 5, 2023

Date