PROB 12C
(6/16)

Report Date:  August 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Aug 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Morgan Douglas Jones          Case Number: 0980 2:08CR06044-EFS-1

Address of Offender: ████████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2009

| | | |
|---|---|---|
| Original Offense: | Travel for the Purpose of Engaging in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 108 months<br>TSR - 600 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 10, 2017) | Prison - 6 months<br>TSR - 588 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: October 12, 2017 |
| Defense Attorney: | Frank Louis Cikutovich | Date Supervision Expires: October 11, 2066 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on 07/27/2023.

On October 12, 2017, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jones, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On June 13, 2023, those conditions of supervision were again reviewed with Mr. Jones after he was reassigned to the undersigned officer's caseload.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: On or about July 24, 2023, Morgan Jones allegedly violated standard condition number 13 by failing to follow the instructions of the supervising officer. |
| | On July 18, 2023, Mr. Jones was informed that he was prohibited from having any children at his home without the prior approval of the U.S. Probation Office. As such, he was instructed not to have his girlfriend's child, or any other child, at his residence without first requesting and receiving approval, and he confirmed that he understood. |

**Prob12C**
**Re: Jones, Morgan Douglas**
**August 18, 2023**
**Page 2**

On August 1, 2023, the undersigned probation officer asked Mr. Jones if his girlfriend's child had been at his home after we had met on July 18, 2023. A question which he had previously refused to answer before speaking with his attorney. Having had the opportunity to speak with counsel, the offender admitted that the child was again at his home on July 24, 2023, which was not authorized by the U.S. Probation Office. While Mr. Jones insisted that he did not have contact with the child in question on July 24, 2023, this officer did reiterate the instruction that he is prohibited from having any children at his home without prior approval of the supervising officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/18/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ X ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

August 18, 2023

Date