PROB 12C
(6/16)

Report Date: April 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Morgan Douglas Jones | Case Number: 0980 2:08CR06044-EFS-1 |
| Address of Offender: ███████ ███████, Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: July 14, 2009 | |
| Original Offense: Travel for the Purpose of Engaging in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: Prison - 108 months; TSR - 600 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 10, 2017) Prison - 6 months; TSR - 588 months | |
| Revocation Sentence: (September 26, 2023) Prison - 35 days; TSR - 516 months | |
| Revocation Sentence: (September 23, 2024) Prison - 4 months; TSR - 516 months | |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: November 19, 2024 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: November 18, 2067 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 16, 2025, and issue a **warrant**.

On November 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Morgan Douglas Jones, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer. |
| | **Supporting Evidence**: On April 14, 2025, Morgan Jones allegedly violated standard condition number 4 by failing to be truthful with the assigned probation officer. |

On the morning of April 14, 2025, the offender was seen by this officer exiting his girlfriend's townhouse, despite being prohibited from being within 1,000 feet of that residence because her minor child resides there.

As was previously reported to the Court, Mr. Jones was instructed to immediately get into his vehicle and depart from the residence, however, he advised that he could not do so because his vehicle was parked at Walmart. The offender has since admitted that he parked his vehicle at Walmart to avoid being photographed outside his girlfriend's apartment, as he had been just days prior.

As instructed, the offender reported to the probation office to meet with the assigned officer later that same date, on April 14, 2025. During that meeting, Mr. Jones insisted he had only gone to his girlfriend's apartment earlier that morning to pick up his electronic benefit transfer (EBT) card. He initially claimed he had met his girlfriend at her vehicle and had not gone in the apartment, although that was inconsistent with what this officer observed.

On April 22, 2025, Mr. Jones submitted to a polygraph. During that test, the offender admitted having unauthorized contact with his girlfriend's minor child on or about April 14, 2025. That admission is contrary to Mr. Jones' previous claims and highlights his unwillingness to be fully forthcoming.

| | |
|---|---|
| 8 | **Special Condition #18**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places. |

**Supporting Evidence**: On or about April 14, 2025, Morgan Jones allegedly violated special condition number 18 by having unauthorized contact with his girlfriend's minor child, despite being specifically prohibited from doing so.

On April 14, 2025, Mr. Jones met with this officer to discuss concerns that he was having unauthorized contact with his girlfriend's minor son. During that meeting, the offender ultimately admitted having unauthorized contact with the minor child in question on April 12, 2025, which is also when law enforcement officers were attempting to conduct a welfare check of the child.

In addition, Mr. Jones claimed he had spent the night at his girlfriend's apartment and had unauthorized contact with her minor son on or about March 31 and April 7, 2025; he was not sure of the dates at that time. He further admitted to being in the apartment on April 12, 2025, while officers were knocking on the front door, but he insisted he had not had contact with the minor child on the morning of April 14, 2025; the offender claimed he was just there to pick up his EBT card, although he parked down the road at Walmart.

On April 22, 2025, Mr. Jones submitted to a polygraph. During that test, the offender admitted to having unauthorized contact with his girlfriend's minor child on or about April 14, 2025.

Prob12C

**Re: Jones, Morgan Douglas**
**April 30, 2025**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a **warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/30/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

4/30/2025

Date