PROB 12C
(6/16)

Report Date: August 19, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2026

SEAN F. MCAVOY, CLERK

ECF No 361

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Morgan Douglas Jones — Case Number: 0980 2:08CR06044-EFS-1

Address of Offender: [redacted] Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2009

| | | |
|---|---|---|
| Original Offense: | Travel for the Purpose of Engaging in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 108 months<br>TSR - 600 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 10, 2017) | Prison - 6 months<br>TSR - 588 months | |
| Revocation Sentence:<br>(September 26, 2023) | Prison - 35 days<br>TSR - 516 months | |
| Revocation Sentence:<br>(September 23, 2024) | Prison - 4 months<br>TSR - 516 months | |
| Revocation Sentence:<br>(June 9, 2025) | Prison - 33 days<br>TSR - 516 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 9, 2025 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: November 18, 2067 |

---

## PETITIONING THE COURT

To issue a summons.

On June 20, 2025, Mr. Morgan Jones signed his conditions relative to case number 2:08CR06044-EFS-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must allow the probation officer to install monitoring software on any of the following used by you: computers, other electronic communications or data storage devices or media, that can receive, store, or otherwise possess materials with depictions of “sexually explicit conduct” (as defined by 18 U.S.C. § 2256(2)) involving children, or “actual sexually explicit conduct” (as defined by 18 U.S.C. § 2257(h)(1)) involving adults. |

**Supporting Evidence**: Mr. Jones is alleged to have violated special condition number 3, by obtaining an Internet capable cellular telephone on or about August 14, 2026, and by then self installing monitoring software without the permission or supervision of the U.S. Probation Office.

On August 14, 2026, the undersigned officer received automated notification from the subject's installed monitoring software that he had added a new device to his account. On August 18, 2026, Mr. Jones was contacted telephonically and confirmed that he had acquired a new Internet capable cellular telephone, and had then self installed monitoring software.

It should be noted that Mr. Jones had previously inquired about obtaining a new cellular device, and while this request was tentatively approved by the undersigned officer, Mr. Jones was directed to notify the undersigned officer once the purchase was imminent so that a time could be scheduled to allow for the undersigned officer to inspect and search the device immediately after acquisition. Assuming that the device was approved for retention, the undersigned officer would then install monitoring software onto the device to allow for the subject's use of the device. This process was to be completed while the product remained new and in the original packaging.

On August 18, 2026, Mr. Jones reported to the U.S. Probation Office and the device in question was seized to allow for a software based inspection and search of the device. Mr. Jones admitted that he was aware of the proper process to acquire a new Internet capable device, and admitted that he had not followed it. Mr. Jones further clarified that he had become "confused" based on the previous conversation that he had with the undersigned officer. Mr. Jones denied that he had used the device in an unmonitored state to engage in conduct contrary to his conditions.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 19, 2026

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[X] Other Defendant to appear before Judge Shea for a SRV Hearing on October 28, 2026 at 10:30 a.m.

Edward F. Shea

Signature of Judicial Officer

October 1, 2026

Date